NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IRVIN B. GREEN & ASSOCIATES, INC., )
a Florida corporation, )
)
        Appellant/Cross-Appellee, )
)
v. )    Case No. 2D17-4492
)
AGIC, INC., a Florida corporation, )
)
        Appellee/Cross-Appellant. )
                                      )

Opinion filed June 20, 2018.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh and Brian A. Iten,
Judges.

Phillip S. Howell and David T. Burr of
Galloway, Johnson, Tompkins, Burr &
Smith, Tampa; and Raymond A. Haas
of HD Law Partners, P.A., Tampa, for
Appellant/Cross-Appellee.

A. Lamar Matthews, Jr., and Martin Garcia
of Matthews Eastmoore, Sarasota; and
Gregory Zitani of West Coast Law, PLLC,
Sarasota, for Appellee/Cross-Appellant.

PER CURIAM.


        Affirmed.


CASANUEVA and BADALAMENTI, JJ., and LEE, LAUREL M., ASSOCIATE JUDGE
Concur.